UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IKENNA NJOKU,<br><br>           Plaintiff,<br><br>    v.<br><br>AUBURN WATER DEPARTMENT,<br><br>           Defendant. | CASE NO. C22-1846 MJP<br><br>ORDER TO SHOW CAUSE |

The Court issues this Order on its own accord after reviewing Plaintiff's Complaint. (Complaint (Dkt. No. 5).) This is a Court of limited jurisdiction. For a legal action to proceed, the Court must have subject matter jurisdiction over the action. In the complaint, Plaintiff asserts that the Court has subject matter jurisdiction over this action due to "diversity jurisdiction." (Id. at 3.) In order for there to be diversity jurisdiction (which would then provide the Court with subject matter jurisdiction), the amount in dispute must exceed $75,000 and the parties must be citizens of different states. See 28 U.S.C. § 1332(a). Here, Plaintiff alleges that they reside in Tukwila, Washington while Defendant is the Auburn Water Department. Based on the

allegations in the Complaint, there does not appear to be diversity of citizenship as between the plaintiff and defendant. Rather, they both appear to be citizens of Washington State. This shows a lack of diversity jurisdiction. The Court ORDERS Plaintiff to SHOW CAUSE why this matter should not be dismissed for lack of subject matter jurisdiction. Plaintiff must file a response within 21 days of entry of this Order. Failure to respond may lead to dismissal of this action.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated January 3, 2023.

Marsha J. Pechman
United States Senior District Judge