UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IKENNA NJOKU,<br><br>    Plaintiff,<br><br>    v.<br><br>AUBURN WATER DEPARTMENT,<br><br>    Defendant. | CASE NO. C22-1846 MJP<br><br>ORDER OF DISMISSAL |

The Court issues this Order sua sponte and with reference to its Order of Dismissal (Dkt. No. 8). In the Order of Dismissal, the Court granted Plaintiff leave to file an amended complaint within thirty (30) days of entry of the Order. (Dkt. No. 8 at 2-3.) More than thirty days have elapsed and Plaintiff has not filed an amended complaint. As the Court warned in the Order of Dismissal (Dkt. No. 8 at 3), the Court hereby DISMISSES this action without prejudice for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b). The Court directs the clerk to terminate this matter.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

ORDER OF DISMISSAL - 1

1   Dated February 28, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2